# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 30, 2015

## NO. 03-13-00390-CR

**Andria Stanley, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
AFFIRMED; MODIFIED AND, AS MODIFIED, AFFIRMED --
OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the trial court's judgments requiring reversal. Accordingly, the Court affirms the trial court's judgment of conviction for Count I. However, there was error in the judgment of conviction for Count III that requires correction. Therefore, the Court modifies the trial court's judgment of conviction for Count III to reflect that the "Statute for Offense" is "22.02(a)(2) Penal Code." The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.